FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:20MJ 63 |
| ) | |
| WILLIAM B. CASTEEL JR., ) | |
| ) | Court Date: March 16, 2020 |
| ) | |
| Defendant. ) | |

## CRIMINAL INFORMATION

Count I (Misdemeanor 7870377)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 9, 2020, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, WILLIAM B. CASTEEL JR., did unlawfully operate a motor vehicle upon a highway recklessly and in a manner so as to endanger life, limb or property of any person.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-852.)

Count II (Misdemeanor 7870376)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 9, 2020, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, WILLIAM B. CASTEEL JR, did wrongfully and willfully injure or commit any depredation against any property of the United States, or of any department or agency thereof.

(In violation of Title 18, United States Code, Section 1361.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Email: andy.bruner-brown@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2020, a true and correct copy of the Criminal Information was mailed to the defendant at:

William B. Casteel Jr.
2509 Windbreak Drive
Alexandria, VA 22309

By: /s/ Andy Brunner-Brown

Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov